UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
UNITED STATES OF AMERICA

    - v. -                                        NOTICE OF MOTION

WIGBERTO VIERA,                      14 Cr. 083 (ER)
LOUIE SANTIAGO, and
ERNESTO COLON,

           DEFENDANTS.
-----------------------------------------------x

Please take notice, that upon the annexed declaration of John A. Diaz, Esq., and the attached exhibits and memorandum of law, the undersigned will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to the Fifth Amendment of the United States Constitution and Local Criminal Rule 16.1, compelling the Government to produce certain discovery items, and granting such further relief as the Court deems just and proper.

Dated:    New York, New York
            April 21, 2015

Respectfully submitted,

/s/ John A. Diaz
John A. Diaz, Esq.
DIAZ & MOSKOWITZ, PLLC.
Attorney for Ernesto Colon
225 Broadway, Suite 715
New York, NY 10007
(212) 227-8208


James M. Roth, Esq.
Stampur & Roth
Attorney for Wigberto Viera
299 Broadway, Suite 800
New York, New York 10007
(212) 619-4240


To: Preet Bharara, Esq.
United States Attorney
Southern District Of New York
One St. Andrew's Plaza
New York, New York 10007
Attn: Tatiana R. Martins, Esq.
     Max Nicholas, Esq.

Donna R. Newman, Esq.
Law Office of Donna R. Newman
Attorney for Louie Santiago
20 Vesey Street, Suite 400
New York, New York 10007
(212) 229-1516