# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

# MEMO ENDORSED

November 25, 2019

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: November 26, 2019

    Re: *United States v. Viera*
          **14 Cr. 083 (ER)**

Dear Judge Ramos:

    I write for the first occasion to request an adjournment of the sentence in this matter currently scheduled for December 5, 2019. As of this date, the Presentence Investigation Report has not been released and I will not have sufficient time to review it with Mr. Viera and prepare our submission.

    Accordingly, I respectfully request a date the week of January 6, 2020 at a time convenient to the Court.

    The government has no objection to this request.

Very truly yours,

*James Roth*

James Roth, Esq.
*Attorney for Wigberto Viera*

cc: AUSA Max Nicholas (By ECF)
     Wigberto Viera (By Mail)

JR/Viera/Ltr to Jdg/Adjournment

---

The sentencing originally scheduled for December 5, 2019, is hereby adjourned to January 10, 2020 at 11:30 AM. The Clerk of Court is respectfully directed to terminate letter motion, Doc. 192.

Edgardo Ramos, U.S.D.J
Dated: November 26, 2019
New York, New York