

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_1/23/2020\_\_

January 22, 2020

**By CM/ECF**

Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> The February 13 sentencing is adjourned to February 19, 2020, at 10:00 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: \_\_1/23/2020\_\_
> New York, New York

Re: *United States v. Wigberto Viera*, **14 Cr. 83 (ER)**

**MEMO ENDORSED**

Dear Judge Ramos:

    The Government respectfully writes to request a very brief adjournment of the sentencing of defendant Wigberto Viera, which is scheduled for February 13, 2020. I am scheduled to be traveling overseas for work the week of February 10 and therefore request that the sentencing be rescheduled for either February 19 or February 24, 2020, as those are dates that defense counsel have confirmed work for him, or for another date that is convenient for the Court. Defense counsel consents to this adjournment request. I apologize for causing this inconvenience and I am grateful to defense counsel for his graciousness in consenting to this request.

    Thank you for considering this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/
Max Nicholas
Assistant United States Attorney
Tel: (212) 637-1565